Signed and Filed: July 24, 2018



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                          ) Bankruptcy Case
                                               ) No. 18-30497-DM
JAMES W. BOGGESS, JR.,                         )
dba ALL TRANSMISSIONS,                         ) Chapter 7
aka JIM BOGGESS,                               )
aka JAMES BOGGESS,                             )
                                               )
                        Debtor.                )
_____)

**ORDER SETTING HEARING ON REAFFIRMATION AGREEMENT**

On July 20, 2018, the court received a reaffirmation agreement [Docket No. 11] ("Agreement") between James W. Boggess, Jr. ("Debtor") and Snap-on Credit LLC ("Creditor"). Under section 524(d) of the Bankruptcy Code, the court must hold a hearing to approve (or disapprove) a reaffirmation agreement between a creditor and a debtor who was not represented by counsel in the course of negotiating the agreement.[1]  The court may approve such an agreement only if it is in a debtor's best

---

[1] The participation of the attorney in the negotiation process is reflected by counsel's certification that he or she has fully advised the debtor of the legal effect and consequences of the agreement and any default, that the agreement represents a fully informed and voluntary agreement by the debtor, and that the agreement does not impose an undue hardship on the debtor or any dependent of the debtor.  No such certification has been signed here.

-1-

interest and does not impose undue hardship on the debtor or debtor's dependants.

11 U.S.C. § 524(c)(6)(A). Therefore, it is hereby

ORDERED that a hearing shall be held on **August 23, 2018, at 9:45 a.m.** at the Phillip Burton Federal Building and U.S. Courthouse, U.S. Bankruptcy Court, 450 Golden Gate Avenue, 16th Floor, Courtroom 17, San Francisco, CA 94102, to determine (among other things) whether the Agreement is necessary, is in Debtor's best interest, and does not impose an undue hardship on Debtor or Debtor's dependants. Debtor shall appear, and Creditor may appear.

**\*\*END OF ORDER\*\***

**<u>Court Service List</u>**

James W. Boggess, Jr.
312 Alta Vista
South San Francisco, CA 94080

Snap-on Credit LLC
ATTN: Janice Kwiatkowski
950 Technology Way, Suite 301
Libertyville, IL 60048

-3-

Case: 18-30497    Doc# 12    Filed: 07/24/18    Entered: 07/24/18 17:48:35    Page 3 of 3